JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FRANK EDWARD PETERS, II; and SHANNON TAKISHA PRINCE-PETERS,

Plaintiffs,

v.

AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS; JASON BALL; ANGELA JUSTICE; and DOES 1-50,

Defendants.

Case No. 5:26-cv-01060-SPG-SSC

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion to Dismiss, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed without prejudice and without leave to amend.

**IT IS SO ORDERED.**

DATED: August 10, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE